IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY E. MILES, JR.,

    Petitioner,

v.                                                        CASE NO. 5:09-cv-200-RS-AK

WALTER MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Respondent's first motion for extension of time to file a response to the habeas petition. Having carefully considered the matter, the Court fines the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **November 2, 2009**. Petitioner may file a reply no later than **December 2, 2009**. **DONE AND ORDERED** this _9th_ day of October, 2009.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**