IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY E. MILES, JR.,

    Petitioner,

v.   CASE NO. 5:09-cv-200-RS-AK

WALTER MCNEIL,

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 13, Respondent's second motion for extension of time to file a response to the habeas petition. Having carefully considered the matter, the Court fines the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **November 23, 2009**. Petitioner may file a reply no later than **December 23, 2009**.

**DONE AND ORDERED** this  *3rd*  day of November, 2009.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**