IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY E. MILES, JR.,

    Petitioner,
v.                                      CASE NO. 5:09-cv-200-RS-AK

WALTER A. McNEIL,

    Respondent.
                                /

## **O R D E R**

This matter is before the Court on Doc. 17, Respondent's motion for an additional three-day extension of time to file a response due to exigent circumstances. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **January 19, 2010.** Petitioner may file a reply no later than **February 18, 2010.**

**DONE AND ORDERED** this   *19*th   day of January, 2010.

                                                        *s/ A. KORNBLUM*
                                                        **ALLAN KORNBLUM**
                                                        **UNITED STATES MAGISTRATE JUDGE**