IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


STANLEY E. MILES, JR.,

      Petitioner,

vs.                                    CASE NO. 5:09-cv-200-RS-AK

WALTER A. McNEIL,

      Respondent.

_____/

## O R D E R

      This case is before the Court on Petitioner's motion for a 60-day extension of time to file his reply to the Respondent's response. Doc. 21. Petitioner's reply is presently due no later than Februay 18, 2010. For good cause shown, the Court finds that the motion is well taken, and it is **GRANTED**. Petitioner shall file his reply no later than **April 19, 2010**.

      **DONE AND ORDERED** this __1st__ day of February, 2010.


                              *s/ A. KORNBLUM*_____
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**