IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY E. MILES, JR.,

      Petitioner,

v.                                        CASE NO. 5:09-cv-200-RS-GRJ

WALTER A. MCNEIL,

      Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 30) and Petitioner's Objections (Doc. 31). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for writ of habeas corpus is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the case.

**ORDERED** on August 10, 2012.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**